AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| COLONIAL VAN LINES, INC. a Florida Corporation, <br><br> *Plaintiff* <br> v. <br> USMPO, LLC, a Florida Limited Liability Company; SEGAH YILDIRIM, an individual <br><br> *Defendant(s)* | Civil Action No. 0:25-cv-60691-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SEGAH YILDIRIM
200 BISCAYNE BOULEVARD WAY, APT 3814,
MIAMI, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kelly Ann desRosiers, Esq.
THE LOMNITZER LAW FIRM, P.A.,
7999 N. Federal Highway,
Suite 202,
Boca Raton FL, 33487

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 04/09/2025

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| COLONIAL VAN LINES, INC. a Florida Corporation,<br><br>*Plaintiff*<br>v.<br>USMPO, LLC, a Florida Limited Liability Company; SEGAH YILDIRIM, an individual<br><br>*Defendant(s)* | Civil Action No. 0:25-cv-60691-RS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  USMPO, LLC
25 SE 2nd Ave - Ste 550 PMB 99
Miami, FL 33131
ATTN: Registered Agent SEGAH YILDIRIM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kelly Ann desRosiers, Esq.
THE LOMNITZER LAW FIRM, P.A.,
7999 N. Federal Highway,
Suite 202,
Boca Raton FL, 33487

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  04/09/2025

*s/ Nadhege Augustin*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court